**Maranda Lynn ODONNELL,**
**Plaintiff–Appellee**

v.

**HARRIS COUNTY, TEXAS; Eric Stewart Hagstette; Joseph Licata, III; Ronald Nicholas; Blanca Estela Villagomez; Jill Wallace; Paula Goodhart; Bill Harmon; Natalie C. Flemng; John Clinton; Margaret Harris; Larry Standley; Pam Derbyshire; Jay Karahan; Judge Analia Wilkerson; Dan Spjut; Judge Diane Bull; Judge Robin Brown; Donald Smyth; Judge Mike Fields; Jean Hughes, Defendants–Appellants**

**Loetha Shanta McGruder; Robert Ryan Ford, Plaintiffs–Appellees**

v.

**Harris County, Texas; Jill Wallace; Eric Stewart Hagstette; Joseph Licata, III; Ronald Nicholas; Blanca Estela Villagomez, Defendants–Appellants**

No. 17-20333

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/06/2017

Alec George Karakatsanis, Esq., Elizabeth Anne Rossi, Civil Rights Corps, Washington, DC, Rebecca Bernhardt, Susanne Ashley Pringle, Texas Fair Defense Project, Austin, TX, Michael Gervais, Susman Godfrey, L.L.P., New York, NY, Neal Stuart Manne, Attorney, Alexandra Giselle White, Krisina Janaye Zuniga, Susman Godfrey, L.L.P., Houston, TX, for Plaintiffs–Appellees.

Stacy R. Obenhaus, Gardere Wynne Sewell, L.L.P., Dallas, TX, Katharine D. David, Philip J. Morgan, Mike Anthony Stafford, Gardere Wynne Sewell LLP, Sheryl Anne Falk, John R. Keville, Attorney, John E. O'Neill, Winston & Strawn, L.L.P., Houston, TX, Charles Justin Cooper, John R. Keville, Attorney, Michael Kirk, William C. Marra, John David Ohlendorf, Harold Reeves, Cooper & Kirk, P.L.L.C., Washington, DC, for Defendants–Appellants.

Murray Jules Fogler, Esq., Attorney, Fogler, Brar, Ford, O'Neil & Gray, L.L.P., Houston, TX, for Amicus Curiae.

JAMES E. GRAVES, JR. UNITED STATES CIRCUIT JUDGE

ORDER:

IT IS ORDERED that the opposed motion of Appellants Judge Robin Brown, Judge Diane Bull, John Clinton, Pam Derbyshire, Judge Mike Fields, Natalie C. Fleming, Paula Goodhart, Bill Harmon, Margaret Harris, Jean Hughes, Jay Karahan, Donald Smyth, Dan Spjut, Larry Standley and Judge Analia Wilkerson for leave to file a supplemental reply to the responses to the motions for stay pending appeal is DENIED.